UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. __ED CV 15-257-FMO (PLA)__   Date __January 8, 2016__

Title: __Aaron Michael Uhl v. Stan Sniff, et al.__

----

PRESENT: THE HONORABLE __PAUL L. ABRAMS__

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| __Christianna Howard__ | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:
NONE

ATTORNEYS PRESENT FOR DEFENDANT:
NONE

PROCEEDINGS:   (ORDER TO SHOW CAUSE)

On October 19, 2015, the Court advised plaintiff that it had withdrawn its September 10, 2015, Report and Recommendation, and instructed plaintiff that his Second Amended Complaint, remedying the deficiencies discussed in the Court's July 27, 2015, Order, was due **no later than November 20, 2015**. The Court also advised plaintiff that failure to timely file a proposed Second Amended Complaint would result in the action being dismissed for failure to prosecute and follow court orders. On November 19, 2015, after reviewing plaintiff's "Notice of Inability to Pay Balance of Filing Fee," the Court extended plaintiff's time to file his Second Amended Complaint to no later than December 21, 2015, and also instructed plaintiff to file a status report no later than December 21, 2015, informing the Court of the status of his access to his funds and ability to make payment(s). To date, plaintiff has not filed a Second Amended Complaint or a status report.

Accordingly, **no later than January 29, 2016, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow court orders. Filing of the Second Amended Complaint and a status report on or before January 29, 2016, shall be deemed compliance with this Order to Show Cause. Plaintiff's failure to file a Second Amended Complaint **and** a status report by January 29, 2016, shall result in the Court recommending that this action be dismissed.

cc:   Aaron Michael Uhl, Pro Se

Initials of Deputy Clerk __ch__