# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| AARON MICHAEL UHL, | ) | No. ED CV 15-257-FMO (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| STAN SNIFF, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that plaintiff's action is dismissed with prejudice for failure to prosecute and follow court orders, and for failure to keep the Court apprised of his current address as required by the Local Rules.

DATED: February 26, 2016

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE